# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON GAZA,

    Plaintiff,

v.                              CASE NO.  8:15-cv-1893-T-26EAJ

WEST FLORIDA-MHT, LLC d/b/a
MEMORIAL HOSPITAL OF TAMPA and
MEDICREDIT, INC.,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the allegations of the Plaintiff's complaint, together with the parties' written submissions, it is **ORDERED AND ADJUDGED** that the Defendant West Florida-MHT, LLC's Motion to Dismiss Plaintiff's Complaint (Dkt. 9) is **granted** for two reasons.  First, the Court agrees with the Defendant's contention that the Plaintiff has failed to plead sufficient facts establishing an agency relationship between the Defendant and Co-Defendant Medicredit, Inc.  Second, the Plaintiff's complaint suffers from the pleading malady referred to as a "shotgun pleading" in that it "assert[s] multiple claims against multiple defendants without specifying which of the defendants are responsible for which acts or omissions, or which of the defendants the claim is brought against."  Weiland v. Palm Beach Ctny. Sheriff's Office, 792 F.3d 1313, 1323 (11th Cir. 2015) (footnote and citations omitted).


The Plaintiff shall replead his complaint within fourteen (14) days of the entry of this order. The Defendant West Florida-MHT, LLC shall file its response to the repleaded complaint within fourteen (14) days of service of the repleaded complaint.

**DONE AND ORDERED** at Tampa, Florida, on October 16, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record