UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,

    Plaintiff,

v.                                                       CASE NO.  8:15-v-1893-T-26EAJ

WEST FLORIDA – MHT, LLC d/b/a
Memorial Hospital of Tampa, and
MEDICREDIT, INC.,

    Defendants.
_____/

# O R D E R

The Plaintiff, through counsel, has filed an unopposed motion requesting that this Court afford him until January 4, 2016, within which to file an amended complaint.  In light of that fact, the Defendant Hospital's pending motion to dismiss and to strike is moot.  **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) The Plaintiff's Unopposed Motion for Extension of Time to File Amended Complaint (Dkt. 18) is **granted**.  The Plaintiff shall file an amended complaint no later than **January 4, 2016.**  The Defendant Hospital shall file its response to the amended complaint within fourteen (14) days of service.

2) The Defendant Hospital's Motion to Dismiss Plaintiff's Amended Complaint and Motion to Strike (Dkt. 17) is denied without prejudice as moot.

**DONE AND ORDERED** at Tampa, Florida, on December 11, 2015.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record