**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JASON GAZA,

      Plaintiff,

v.                                                    CASE NO.: 8:15-cv-01893-RAL-AAS

WEST FLORIDA – MHT, LLC d/b/a
MEMORIAL HOSPITAL OF TAMPA and
MEDICREDIT, INC.,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, West Florida – MHT, LLC, by and through the undersigned counsel and pursuant to Local Rule 3.08(a), hereby provides notice that the parties have reached an agreement to settle the above-captioned matter.

Respectfully submitted this 16th day of June, 2016,


| | |
|---|---|
| s/ W. John Gadd, Esq. | s/ Scott Richards, Esq. |
| W. John Gadd, Esq. | Edward M. Waller, Jr. |
| Florida Bar No. 463061 | Florida Bar No: 0106341 |
| wjg@mazgadd.com | Edward.waller@bipc.com |
| 2727 Ulmerton Road, Suite 250 | Scott Richards |
| Clearwater, Florida 33762 | Florida Bar No: 72657 |
| (727) 524-6300 | scott.richards@bipc.com |
| | Buchanan, Ingersoll & Rooney, PC |
| Attorneys for Plaintiff | 401 East Jackson Street, Suite 2400 |
| | Tampa, FL  33602 |
| | (813) 222-8180 |
| | Fax No: (813) 222-8189 |
| | Attorneys for West Florida – MHT, LLC |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system this 16th day of June, 2016.

                                             s/ Scott Richards, Esq.
                                             Scott Richards, Esq.
                                             Florida Bar No: 0072657